# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **DERIK W. HARRIS** § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | Case No. 6:21cv454-JDK-JDL |
| § | |
| **GREGG COUNTY SHERIFF'S** § | |
| **DEPARTMENT, ET AL.** § | |
| § | |
| Defendants § | |

## FINAL JUDGMENT

The above-styled civil rights lawsuit having come before the Court for consideration, and a decision having been duly rendered, it is hereby

**ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to close this case.

So **ORDERED** and **SIGNED** this **21st** day of **March, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE